UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TERRANCE L. LAVOLL,<br><br>                Petitioner,<br>    v.<br>JERRY HOWELL, et al.,<br><br>                Respondents. | Case No. 2:19-cv-02249-GMN-EJY<br><br>ORDER |

      Terrance L. Lavoll filed an application for authorization to file a second or successive 28 U.S.C. § 2254 habeas corpus petition with the Ninth Circuit Court of Appeals. The Ninth Circuit agreed with petitioner that this is his first challenge to his 2012 amended judgment of conviction, and therefore, Lavoll did not need authorization to file a habeas corpus petition. The court of appeals then transferred the matter to this court (*see* ECF No. 2).

      The habeas action now before this court has two deficiencies. First, Lavoll needs to submit an application to proceed *in forma pauperis* or pay the $5.00 filing fee. 28 U.S.C. § 1915(a)(2) and Local Rule LSR1-2. Second, Lavoll's transferred filing is 277 pages, including the application to the Ninth Circuit, and numerous pages of state-court filings. It is unclear to the court which, if any, of these documents is supposed to comprise the petition.

      Accordingly, Lavoll shall have 30 days to file the fully completed IFP form or pay the filing fee and to submit a habeas corpus petition on this court's form. The petition

1

shall briefly set forth the federal constitutional claims and specific factual allegations supporting such claims.

Failure to comply with this order may result in the dismissal of this action without prejudice.

**IT IS THEREFORE ORDERED** that within **30 days** of the date of this order petitioner shall submit either the $5.00 filing fee or a fully completed application to proceed *in forma pauperis*.

**IT IS FURTHER ORDERED** that petitioner has **30 days** from the date of this order to submit a habeas petition on this court's form.

**IT IS FURTHER ORDERED** that failure to comply with this order may result in the dismissal of this action without prejudice.

**IT IS FURTHER ORDERED** that the Clerk **shall send** to petitioner one copy of the application to proceed *in forma pauperis* with instructions, one copy of the form 28 U.S.C. § 2254 habeas corpus petition, and one copy of the papers filed in this case (ECF No. 1).

DATED: 28 February 2020.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE