Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Jonathan M. Kirshbaum
Assistant Federal Public Defender
New York State Bar No. 2857100
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Jonathan_Kirshbaum@fd.org

*Attorney for Petitioner Terrance L. Lavoll

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Terrance L. Lavoll,<br><br>    Petitioner,<br><br>    v.<br><br>Jerry Howell, *et al.*,<br><br>    Respondents. | Case No. 2:19-cv-02249-GMN-EJY<br><br>**Unopposed motion for extension of time to file First Amended Petition**<br><br>**(First Request)** |

1. On June 30, 2020, this Court appointed the Federal Public Defender to represent Mr. Lavoll on his 28 U.S.C. § 2254 petition. ECF No. 12. On July 30, 2020, undersigned counsel appeared as counsel for Mr. Lavoll. ECF No. 13. On September 24, 2020, this Court issued a scheduling order setting December 23, 2020, as the due for the first amended petition.  ECF No. 14.

2. Counsel for Mr. Lavoll requests a first extension of time of 61 days to file the first amended petition to Monday, February 22, 2021.

3. Counsel has begun working on Mr. Lavoll's case. Counsel has spoken to Mr. Lavoll about the case and has begun reviewing the record. However, counsel was unable to complete the amended petition by the current deadline due to administrative responsibilities as a result of the pandemic as well as counsel's workload.

4. First, counsel's numerous administrative and managerial responsibilities related to his position as Chief of the Non-Capital Habeas Unit has interfered with his ability to focus on this case. The current pandemic has placed many demands on undersigned counsel's time. Significantly, over the past month, counsel has had to address the changed environment when Governor Sisolak instituted the pause. As a result, the physical office for the Federal Public Defender closed down. Counsel was responsible for developing the policies and protocols for the Non-Capital Habeas Unit as a result of this physical closure. These administrative and managerial responsibilities have required a significant time investment, which has interfered with undersigned counsel's ability to dedicate enough time to work on his caseload. Undersigned counsel anticipates these responsibilities will continue during the entire time the office must work remotely. While working remotely has been feasible, there have been routine technological complications, making reviewing the record and drafting pleadings complicated. Further, working remotely has been challenging due to child-care issues.

5. Despite the administrative and managerial responsibilities, counsel has retained a significantly large caseload, which increased with the departure of a highly experienced attorney in the middle of the year as well as another attorney going on leave at the end of October 2020. Over the past three months, counsel has filed, among other things, two cert. petitions, a Brief in Opposition in the United States Supreme Court, an Amended Petition, an Opening Brief in the Nevada Supreme Court, an opposition to a motion to dismiss, a state petition, two motions for a certificate of appealability, a Reply, and a lengthy pardons board application. In addition, counsel, in his role as supervisor, has had to review dozens of pleadings and provide consultation and support on numerous other cases. Moreover, for the past three weeks, counsel has been focusing much of his attention on an evidentiary hearing in federal court, which occurred on December 18 and 21, 2020.

6. For these reasons, counsel is requesting an additional 61 days to file the first amended petition.

7. On December 22, 2020, counsel for respondents, Senior Deputy Attorney General Charles L. Finlayson, indicated by email Respondents do not oppose this request with the understanding that the lack of objection is not a waiver or concession of any kind.

8. This motion is not filed for the purpose of delay, but in the interests of justice, as well as in the interest of Mr. Lavoll. Counsel for Petitioner respectfully requests that this Court grant this motion and order Petitioner to file the First Amended Petition no later than February 22, 2021.

IT IS SO ORDERED.

Dated this 23 day of December, 2020

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

Dated December 23, 2020.

          Respectfully submitted,

          Rene L. Valladares
          Federal Public Defender

          */s/Jonathan M. Kirshbaum*
          Jonathan M. Kirshbaum
          Assistant Federal Public Defender

          **IT IS SO ORDERED.**

          Dated this _____ day of December, 2020

          _____
          Gloria M. Navarro, District Judge
          UNITED STATES DISTRICT COURT