Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Jonathan M. Kirshbaum
Assistant Federal Public Defender
New York State Bar No. 2857100
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Jonathan_Kirshbaum@fd.org

*Attorney for Petitioner Terrance Lavoll

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Terrance L. Lavoll,<br><br>    Petitioner,<br><br>    v.<br><br>Jerry Howell, *et al.*,<br><br>    Respondents. | Case No. 2:19-cv-02249-GMN-EJY<br><br>**Unopposed motion for extension of time to file Response to Motion to Dismiss**<br><br>**(First Request)** |

Counsel for Mr. Lavoll requests a first extension of time of 46 days to Monday, June 7, 2021, to file the response to Respondents' motion to dismiss (ECF No. 19).

Counsel has begun working on the response and had an initial conversation with Mr. Lavoll about the response. However, counsel was unable to complete the response due to the complexity of the issues and counsel's responsibilities at work. The motion to dismiss raises timeliness, exhaustion, and procedural default arguments. The issues are complex and counsel will need to conduct further investigation related to the timeliness issue.

Additionally, counsel's numerous administrative and managerial responsibilities related to his position as Chief of the Non-Capital Habeas Unit have interfered with his ability to complete the response. Over the past few weeks, counsel has had to dedicate a significant amount of time to developing and coordinating the office's reopening plan. These responsibilities will continue over the next couple of months as the office continues to reopen. Further, counsel has had to train and closely supervise a new attorney as well as continue to supervise three other attorneys who have started within the past eighteen months. Counsel requests the additional 46 days due to numerous anticipated responsibilities, both administrative and workload-related, over the next 46 days. These include preparing a presentation for an upcoming conference, drafting two amended petitions, attending two parole hearings, and drafting a request for a certificate of appealability.

On April 21, 2021, counsel for respondents, Senior Deputy Attorney General Charles L. Finlayson, indicated by email Respondents do not oppose this request.

This motion is not filed for the purpose of delay, but in the interests of justice, as well as in the interest of Mr. Lavoll. Counsel for Petitioner respectfully requests that this Court grant this motion and order Petitioner to file the Response to the Motion to Dismiss no later than June 7, 2021.

Dated April 21, 2021.

          Respectfully submitted,

          Rene L. Valladares
          Federal Public Defender

          */s/ Jonathan M. Kirshbaum*
          Jonathan M. Kirshbaum
          Assistant Federal Public Defender


          **IT IS SO ORDERED *nunc pro tunc*.**

          Dated this __26__ day of April, 2021

          _____
          Gloria M. Navarro, District Judge
          UNITED STATES DISTRICT COURT

3