UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TERRANCE L. LAVOLL, <br><br> Petitioner, <br><br> v. <br><br> JERRY HOWELL, et al., <br><br> Respondents. | Case No. 2:19-cv-02249-GMN-EJY <br><br> ORDER |

28 U.S.C. § 2254 habeas petitioner Terrance L. Lavoll seeks an extension of time to file a response to this court's order dated January 19, 2022 (ECF No. 36). Counsel for Lavoll explains that the Nevada Department of Corrections (NDOC) had shut down in-person visits.[1] He requested a telephonic meeting with Lavoll and was informed that the first available time is February 18, 2022. Counsel has set up the call for that date. Good cause appearing,

**IT IS ORDERED** that petitioner's motion for extension of time to respond to this court's January 19, 2022 order (ECF No. 36) is **GRANTED**. Petitioner must file his response on or before March 18, 2022.

DATED: 16 February 2022.

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

---

[1] Counsel also stated that on or about February 11, 2022, NDOC announced it was reopening visitation.

1