# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TERRANCE L. LAVOLL, | Case No.: 2:19-cv-02249-GMN-EJY |
| Petitioner | **Order Granting Motion to Reopen Case** |
| v. | (ECF No. 44) |
| JERRY HOWELL, *et al.*, | |
| Respondents. | |

In October 2022, this Court granted a stay and administratively closed Terrance L. Lavoll's 28 U.S.C. § 2254 Habeas Corpus Petition. (ECF No. 43.) Lavoll's further state-court proceedings have concluded, and he has now returned to this Court seeking to reopen this case. (ECF No. 44.) Respondents indicate that they do not oppose the Motion. (ECF No. 45). Good cause appearing, this action is reopened.

It is therefore ordered that Petitioner's Motion to Reopen Case **(ECF No. 44) is GRANTED**.

It is further ordered that, as the stay is lifted by this order, the Clerk of Court is directed to REOPEN THE FILE in this action.

It is further ordered that Respondents have **45 days** from the date of this order to file a response to the Petition.

It is further ordered that Petitioner has **30 days** following service of Respondents' response to file his response.

DATED: 23 April 2024.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE