UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TERRANCE L. LAVOLL, | Case No. 2:19-cv-02249-GMN-EJY |
| Petitioner, | Order Granting Extension of Time to File Response to Petition to August 6, 2024 |
| v. | |
| JERRY HOWELL, et al., | |
| Respondents. | |

Respondents seek an extension of time to file a response to Terrance L. Lavoll's 28 U.S.C. § 2254 Habeas Corpus Petition. (ECF No. 47.)  Good cause appearing,

IT IS ORDERED that Respondents' Motion for Extension of Time to respond to the Petition **(ECF No. 47) is GRANTED**. **The deadline to file the response is extended to August 6, 2024**.

DATED: 10 June 2024.

_____

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE