# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TERRANCE L. LAVOLL,<br><br>　　Petitioner<br><br>v.<br><br>JERRY HOWELL, *et al.*,<br><br>　　Respondents. | Case No.: 2:19-cv-02249-GMN-EJY<br><br>**Order Granting Extension to File Reply in Support of Motion to Dismiss to October 21, 2024**<br><br>(ECF No. 52) |

　　Respondents ask the Court for an extension of time to file a reply in support of their Motion to Dismiss Terrance L. Lavoll's 28 U.S.C. § 2254 Habeas Corpus Petition. (ECF No. 52.)  Good cause appearing,

　　IT IS ORDERED that Respondents' unopposed Motion for Extension of Time to file a reply to the Motion to Dismiss **(ECF No. 52) is GRANTED** *nunc pro tunc*. **The deadline to file the reply is extended to October 21, 2024**.

DATED: 21 August 2024.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE