# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TERRANCE L. LAVOLL,<br><br>    Petitioner<br><br>v.<br><br>JERRY HOWELL, *et al.*,<br><br>    Respondents. | Case No.: 2:19-cv-02249-GMN-EJY<br><br>**Order Granting Extension to File Answer to Petition to<br>June 17, 2025**<br><br>(ECF No. 57) |

Respondents ask the Court for an extension of time to file an answer to Terrance L. Lavoll's 28 U.S.C. § 2254 Habeas Corpus Petition. (ECF No. 57.)  Good cause appearing,

IT IS ORDERED that Respondents' unopposed Motion for Extension of Time to file an answer to the Petition **(ECF No. 57) is GRANTED** *nunc pro tunc*. **The deadline is extended to June 17, 2025**.

DATED: April 21, 2025.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE