# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TERRANCE L. LAVOLL,<br><br>    Petitioner<br><br>v.<br><br>JERRY HOWELL, *et al.*,<br><br>    Respondents. | Case No.: 2:19-cv-02249-GMN-EJY<br><br>**Order Granting Extension to File Answer to Petition to August 1, 2025**<br><br>(ECF No. 59) |

Respondents ask the Court for an extension of time to file an answer to Terrance L. Lavoll's 28 U.S.C. § 2254 Habeas Corpus Petition. (ECF No. 59.) Good cause appearing,

IT IS ORDERED that Respondents' unopposed Motion for Extension of Time to file an answer to the Petition **(ECF No. 59) is GRANTED** *nunc pro tunc*. **The deadline is extended to August 1, 2025**.

DATED: 24 June 2025.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE