# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TERRANCE L. LAVOLL, | Case No.: 2:19-cv-02249-GMN-EJY |
| Petitioner | **Order Granting Extension to File Reply in Support of Petition to December 19, 2025** |
| v. | |
| JERRY HOWELL, *et al.*, | (ECF No. 66) |
| Respondents. | |

Terrance L. Lavoll moves the Court for an extension to file a reply in support of his 28 U.S.C. § 2254 Habeas Corpus Petition. (ECF No. 66.)  Good cause appearing,

It is Ordered that Petitioner's unopposed Motion for Extension of Time to file a reply in support of the Petition **(ECF No. 66) is GRANTED** *nunc pro tunc*. **The deadline is extended to December 19, 2025**.

DATED: 27 October 2025.

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE