UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Terrance L. Lavoll,<br><br>    Petitioner,<br><br>v.<br><br>Jeremy Bean, *et al*.,<br><br>    Respondents. | Case No. 2:19-cv-02249-GMN-EJY<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME**<br><br>**(ECF No. 68)** |

    In this habeas corpus action, Respondents filed an answer on September 5, 2025. ECF No. 64.  Then, after a 45-day initial period and a 60-day extension, Petitioner Terrance L. Lavoll, who is represented by appointed counsel, was due to file a reply by December 19, 2025. ECF Nos. 54, 67.  On December 19, Lavoll filed a motion for extension of time, requesting a further 60-day extension, to February 17. ECF No. 68.  Lavoll's counsel states that this extension of time is necessary because they need to meet with Lavoll in person before finalizing the reply.  Counsel represents that the respondents do not oppose the extension of time.  The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.

    **IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 68) is **GRANTED**.  Petitioner will have until and including **February 17, 2026**, to file a reply to Respondents' answer.

///

///

///

///

///

1

**IT IS FURTHER ORDERED** that, pursuant to Federal Rule of Civil Procedure 25(d), Jeremy Bean is substituted for Jerry Howell as the respondent warden. The Clerk of Court is kindly directed to update the docket to reflect this change.

DATED THIS 19 day of December, 2025.

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE